# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PATRICIA JIMENZ**                                                                  **PLAINTIFF**

**V.**                            **NO. 4:22-cv-780-LPR-ERE**

**DOES**                                                                             **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.     Procedure for Filing Objections

This Recommendation for the dismissal of Ms. Jimenz's claims has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Rudofsky may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### II.    Discussion

Patricia Jimenz brought this lawsuit on behalf of herself and five other inmates at the Yell County Jail under 42 U.S.C. § 1983. *Doc. 1*. Pursuant to Court policy, the Court opened six different lawsuits.

On September 15, 2022, mail sent to Ms. Jimenz from the Court was returned as undeliverable. *Doc. 3*.

On September 16, 2022, the Court ordered Ms. Jimenz to notify the Court of her current address within 30 days or risk dismissal of his complaint. *Doc. 4*. To date, she has not responded to the Court's September 16 Order, and the time to do so has passed.

Ms. Jimenz has failed to inform the Court of her current address, as required by Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Ms. Jimenz regarding his lawsuit.

### III.   Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Jimenz's claims be DISMISSED, without prejudice, based on her failure to: (1) comply with Local Rule 5.5(c)(2); (2) respond to the Court's September 16 Order; (3) update her address; and (4) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

Dated this 18th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE