IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PATRICIA JIMENZ**                                                     **PLAINTIFF**

V.                               NO. 4:22-cv-00780-LPR

**DOES**                                                      **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that all claims brought in this case are DISMISSED without prejudice. This case is closed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 27th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE